THIS INSTRUMENT PREPARED
BY AND AFTER RECORDING
MAIL TO:

Brian A. Cohen, Esq.
DLA Piper LLP (US)
203 North LaSalle Street
Chicago, Illinois 60601

EXEMPT UNDER PARA. E,
35 ILCS 200/31-45

Date: Dec 3, 2010

Doc#: 1035104154 Fee: $54.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 12/17/2010 01:23 PM Pg: 1 of 10

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## SPECIAL WARRANTY DEED

FOR AND IN CONSIDERATION OF TEN AND NO/100 DOLLARS ($10.00) AND OTHER GOOD AND VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, **METROPOLITAN TOWER II LLC**, a Delaware limited liability company ("Grantor"), does hereby GRANT, CONVEY, BARGAIN AND SELL to **318 RETAIL, L.L.C.**, an Illinois limited liability company ("Grantee"), having an address of c/o Metropolitan Properties of Chicago LLC, 30 W. Monroe Street, Suite 810, Chicago, Illinois 60603, FOREVER, the real property located in the City of Chicago, County of Cook, State of Illinois, and more particularly described in Exhibit "A" attached hereto and made a part hereof, together with, all and singular, the tenements, hereditaments, easements, rights-of-way and appurtenances belonging or in anywise appertaining to the same, subject to all covenants, conditions and restrictions of record.

AND Grantor, for itself, and its successors and assigns, hereby covenants with Grantee that it has not done or suffered to be done, anything whereby the said real property hereby granted is, or may be, in any manner encumbered or charged, except as herein recited, and that Grantor is lawfully seized of said real property in fee simple subject to all covenants, conditions and restrictions of record; that Grantor has good right and lawful authority to sell and convey said real property; and hereby warrants the title to said real property and will WARRANT AND DEFEND the same against the lawful claims of all persons claiming by, through or under Grantor, but not otherwise.

**Box 400-CTCC**

EAST\43876849.1

IN WITNESS WHEREOF, the undersigned hereby executes this instrument as of the ___Jn1___ day of ___December___, 2010.

**GRANTOR:**

**METROPOLITAN TOWER II LLC,**
a Delaware limited liability company

By: Metropolitan Tower II Member LLC,
an Illinois limited liability company,
its Manager

By: 310 Met Tower, L.L.C., an
Illinois limited liability company,
Its Manager

By: _____
Louis D. D'Angelo,
Its Manager

STATE OF _____ )
                       ) SS.
COUNTY OF _____ )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, Do Hereby Certify that Louis D. D'Angelo, the manager of 310 Met Tower, L.L.C., an Illinois limited liability company, which is the manager of Metropolitan Tower II Member LLC, an Illinois limited liability company, which is the manager of Metropolitan Tower II LLC, a Delaware limited liability company, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged to me that he, being thereunto duly authorized, signed and delivered said instrument as the free and voluntary act of said company and as his own free and voluntary act, for the uses and purposes set forth therein.

Give under my hand and Notarial Seal this __30__ day of __November__, 2010.

_____
Notary Public

_____
Commission Expires

Property of Cook County Clerk's Office — Recorded Deeds

EAST\43876849.1

## EXHIBIT "A" TO SPECIAL WARRANTY DEED

## LEGAL DESCRIPTION OF PROPERTY

**PARCEL 1:**

THAT PART OF THE FOLLOWING LAND, OR SPECIFIED UNDIVIDED PERCENTAGE INTEREST THEREIN:

LOTS 1 AND 4 IN BLOCK 8 IN FRACTION SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, COMMMONLY KNOWN AS 310 SOUTH MICHIGAN AVENUE, CHICAGO, ILLINOIS, AND THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15, ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS, COMMONLY KNOWN AS 318 SOUTH MICHIGAN AVENUE

**DESCRIBED AS FOLLOWS:**

**PARCEL B1-B-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF LOT 5 AFORESAID, THENCE SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG THE EAST LINE OF SAID LOT 5, BEING ALSO THE WEST LINE OF SOUTH MICHIGAN AVENUE, 19.48 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG SAID EAST LINE, 33.53 FEET TO THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE SOUTH 89 DEGREES 30 MINUTES 10 SECONDS WEST, ALONG SAID SOUTH LINE, 62.86 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 34.11 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 42 SECONDS EAST, PERPENDICULAR TO THE LAST DESCRIBED LINE, 62.83 FEET TO THE HEREINABOVE DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +7.06 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +16.00 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 2,125.3 SQUARE FEET OR 0.0488 ACRES.

**PARCEL R1-B-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF LOT 5 AFORESAID, THENCE SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG THE EAST LINE OF SAID LOT 5, BEING ALSO THE WEST LINE OF SOUTH MICHIGAN AVENUE, 11.33 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG SAID EAST LINE, 41.67 FEET TO THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE SOUTH 89 DEGREES 30 MINUTES 10 SECONDS WEST, ALONG SAID SOUTH LINE, 67.05 FEET; THENCE NORTH 41 DEGREES 18 MINUTES 25 SECONDS EAST, 7.15 FEET TO A POINT, SAID POINT BEING 5.33 FEET (AS

EAST\43876849.1

MEASURED PERPENDICULARLY) NORTH OF THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 5.68 FEET; THENCE NORTH 89 DEGREES 57 MINUTES 42 SECONDS WEST, 18.32 FEET; THENCE SOUTH 0 DEGREES 02 MINUTES 18 SECONDS WEST, PERPENDICULAR TO THE LAST DESCRIBED LINE, 3.55 FEET; THENCE NORTH 89 DEGREES 57 MINUTES 42 SECONDS WEST, 47.55 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 0.90 FEET; THENCE NORTH 89 DEGREES 57 MINUTES 42 SECONDS WEST, 5.42 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 43.97 FEET TO THE NORTH LINE OF LOT 5 AFORESAID, SAID POINT BEING 47.29 FEET (AS MEASURED ALONG SAID NORTH LINE) EAST OF THE NORTHWEST CORNER OF LOT 5 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 67.30 FEET; THENCE SOUTH 0 DEGREES 29 MINUTES 50 SECONDS EAST, 1.08 FEET; THENCE SOUTH 41 DEGREES 13 MINUTES 48 SECONDS EAST, 6.04 FEET TO A POINT, SAID POINT BEING 5.66 FEET (AS MEASURED PERPENDICULARLY) SOUTH OF THE NORTH LINE OF LOT 5 AFORESAID; THENCE SOUTH 0 DEGREES 02 MINUTES 18 SECONDS WEST, 13.32 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 42 SECONDS EAST, PERPENDICULAR TO THE LAST DESCRIBED LINE, 45.35 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 8.22 FEET; THENCE SOUTH 89 DEGREES 59 MINUTES 42 SECONDS EAST, 16.96 FEET TO THE HEREINABOVE DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +16.00 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +28.30 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 5,393.9 SQUARE FEET OR 0.1238 ACRES.

**PARCEL R2-B-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF LOT 5 AFORESAID, THENCE SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG THE EAST LINE OF SAID LOT 5, BEING ALSO THE WEST LINE OF SOUTH MICHIGAN AVENUE, 12.34 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG SAID EAST LINE, 39.46 FEET TO A POINT, SAID POINT BEING 1.20 FEET (AS MEASURED ALONG THE EAST LINE AFORESAID) NORTH OF THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE SOUTH 89 DEGREES 27 MINUTES 44 SECONDS WEST, 32.80 FEET; THENCE NORTH 42 DEGREES 03 MINUTES 56 SECONDS WEST, 5.78 FEET TO A POINT, SAID POINT BEING 5.50 FEET (AS MEASURED PERPENDICULARLY) NORTH OF THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE SOUTH 89 DEGREES 37 MINUTES 14 SECONDS WEST, 25.57 FEET; THENCE SOUTH 41 DEGREES 18 MINUTES 25 SECONDS WEST, 0.92 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 33.89 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 42 SECONDS EAST, 24.61 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 2.74 FEET; THENCE SOUTH 89 DEGREES 37 MINUTES 42 SECONDS EAST, 15.03 FEET; THENCE SOUTH 0 DEGREES 02 MINUTES 18 SECONDS WEST, 0.25 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 42 SECONDS EAST, 23.20 FEET TO THE HEREINABOVE DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +28.30 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +39.93 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 2,319.9 SQUARE FEET OR 0.0533 ACRES.

**PARCEL C3-G-013:**

EAST\43876849.1

THE EAST 1.25 FEET (AS MEASURED PERPENDICULARLY) OF THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN,

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +39.93 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +51.04 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 66.3 SQUARE FEET OR 0.0015 ACRES.

**PARCEL C4-G-013:**

THE EAST 1.25 FEET (AS MEASURED PERPENDICULARLY) OF THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN,

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +51.04 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +62.10 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 66.3 SQUARE FEET OR 0.0015 ACRES.

**PARCEL C5-G-013:**

THE EAST 1.25 FEET (AS MEASURED PERPENDICULARLY) OF THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN,

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +62.10 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +73.20 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 66.3 SQUARE FEET OR 0.0015 ACRES.

**PARCEL C6-G-013:**

THE EAST 1.25 FEET (AS MEASURED PERPENDICULARLY) OF THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN,

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +73.20 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +84.30 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 66.3 SQUARE FEET OR 0.0015 ACRES.

**PARCEL C7-G-013:**

THE EAST 1.25 FEET (AS MEASURED PERPENDICULARLY) OF THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN,

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +84.30 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +100.56 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 66.3 SQUARE FEET OR 0.0015 ACRES.

**PARCEL AR-C*-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +123.50 FEET (CHICAGO CITY DATUM) AND HAVING NO UPPER LIMIT;
IN COOK COUNTY, ILLINOIS.
AREA = 9,110.7 SQUARE FEET OR 0.2092 ACRES.
*PARCEL IS AIR RIGHTS

**PLUS AN UNDIVIDED 3% INTEREST IN THE FOLLOWING PROPERTY:**

**PARCEL S1-F*-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN;

SAID PARCEL HAVING NO LOWER LIMIT AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +7.06 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 9,110.7 SQUARE FEET OR 0.2092 ACRES.
*PARCEL IS SUBTERRANEAN RIGHTS

**PARCEL B1-F*-013:**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +7.06 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +16.00 FEET (CHICAGO CITY DATUM);

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PARCELS:

PARCEL B1-A-013:
THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:
BEGINNING AT THE NORTHEAST CORNER OF LOT 5 AFORESAID, THENCE SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG THE EAST LINE OF SAID LOT 5, BEING ALSO THE WEST LINE OF SOUTH MICHIGAN AVENUE, 19.48 FEET; THENCE NORTH 89 DEGREES 57 MINUTES 42 SECONDS WEST, 62.83 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, PERPENDICULAR TO THE LAST DESCRIBED LINE, 18.89 FEET TO THE NORTH LINE OF LOT 5 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 62.82 FEET TO THE HEREINABOVE

EAST\43876849.1

DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +7.06 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +16.00 FEET (CHICAGO CITY DATUM);

PARCEL B1-B-013:
THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:
COMMENCING AT THE NORTHEAST CORNER OF LOT 5 AFORESAID, THENCE SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG THE EAST LINE OF SAID LOT 5, BEING ALSO THE WEST LINE OF SOUTH MICHIGAN AVENUE, 19.48 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING SOUTH 0 DEGREES 00 MINUTES, 18 SECONDS WEST, ALONG SAID EAST LINE, 33.53 FEET TO THE SOUTH LINE OF THE NORTH 53.00 FEET OF LOT 5 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS WEST, ALONG SAID SOUTH LINE, 62.86 FEET; THENCE NORTH 0 DEGREES 02 MINUTES 18 SECONDS EAST, 34.11 FEET; THENCE SOUTH 89 DEGREES 57 MINUTES 42 SECONDS EAST, PERPENDICULAR TO THE LAST DESCRIBED LINE, 62.83 FEET TO THE HEREINABOVE DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION +7.06 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION +16.00 FEET (CHICAGO CITY DATUM);
IN COOK COUNTY, ILLINOIS.
AREA = 5,780.2 SQUARE FEET OR 0.1327 ACRES.
*PARCEL IS SUBTERRANEAN RIGHTS

*AND ALSO EXCEPTING FROM PARCEL 1 THE FOLLOWING DESCRIBED REAL ESTATE:*

PARCEL C9-21-AR-C*-A6-013

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF THE NORTH LINE OF LOT 5 AFORESAID AND THE EAST LINE OF THE NORTH-SOUTH 18 FOOT PUBLIC ALLEY IN BLOCK 8 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 4.96 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 13.71 FEET; THENCE SOUTH 0 DEGREES 01 MINUTES 34 SECONDS WEST, PARALLEL WITH THE EAST LINE AFORESAID, 0.68 FEET; THENCE SOUTH 20 DEGREES 00 MINUTES 00 SECONDS WEST, 5.76 FEET; THENCE NORTH 70 DEGREES 00 MINUTES 00 SECONDS WEST, 12.50 FEET; THENCE NORTH 0 DEGREE 01 MINUTES 34 SECONDS EAST, PARALLEL WITH THE EAST LINE AFORESAID, 1.70 FEET TO THE HEREINABOVE DESCRIBED DESIGNATED POINT OF BEGINNING;

SAID PARCEL HAVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION + 123.50 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION + 277.44 FEET (CHICAGO CITY DATUM); IN COOK COUNTY, ILLINOIS.

PARCEL C22-AR-C*A6-013:

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:

EAST\43876849.1

COMMENCING AT THE POINT OF INTERSECTION OF THE NORTH LINE OF LOT 5 AFORESAID AND THE EAST LINE OF THE NORTH-SOUTH 18 FOOT PUBLIC ALLEY IN BLOCK 8 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 4.96 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 13.71 FEET; THENCE SOUTH 0 DEGREES 01 MINUTES 34 SECONDS WEST, PARALLEL WITH THE EAST LINE AFORESAID, 0.68 FEET; THENCE SOUTH 20 DEGREES 00 MINUTES 00 SECONDS WEST, 5.76 FEET; THENCE NORTH 70 DEGREES 00 MINUTES 00 SECONDS WEST, 12.50 FEET; THENCE NORTH 0 DEGREE 01 MINUTES 34 SECONDS EAST, PARALLEL WITH THE EAST LINE AFORESAID, 1.70 FEET TO THE HEREINABOVE DESCRIBED DESIGNATED POINT OF BEGINNING;

SAID PARCEL AVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION + 277.44 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION + 290.04 FEET (CHICAGO CITY DATUM); IN COOK COUNTY, ILLINOIS.

**PARCEL C23-AR-C*A6-013**

THAT PART OF THE NORTH 53 FEET OF LOT 5 IN BLOCK 8 IN FRACTIONAL SECTION 15 ADDITION TO CHICAGO IN SECTION 15, TOWNSHIP 39 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, BOUNDED AND DESCRIBED AS FOLLOWS:

COMMENCING AT THE POINT OF INTERSECTION OF THE NORTH LINE OF LOT 5 AFORESAID AND THE EAST LINE OF THE NORTH-SOUTH 18 FOOT PUBLIC ALLEY IN BLOCK 8 AFORESAID; THENCE NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 4.96 FEET TO THE POINT OF BEGINNING OF THE FOLLOWING DESCRIBED PARCEL; THENCE CONTINUING NORTH 89 DEGREES 30 MINUTES 10 SECONDS EAST, ALONG SAID NORTH LINE, 13.71 FEET; THENCE SOUTH 0 DEGREES 01 MINUTES 34 SECONDS WEST, PARALLEL WITH THE EAST LINE AFORESAID, 0.68 FEET; THENCE SOUTH 20 DEGREES 00 MINUTES 00 SECONDS WEST, 5.76 FEET; THENCE NORTH 70 DEGREES 00 MINUTES 00 SECONDS WEST, 12.50 FEET; THENCE NORTH 0 DEGREE 01 MINUTES 34 SECONDS EAST, PARALLEL WITH THE EAST LINE AFORESAID, 1.70 FEET TO THE HEREINABOVE DESCRIBED DESIGNATED POINT OF BEGINNING;

SAID PARCEL AVING AS A LOWER LIMIT A HORIZONTAL PLANE OF ELEVATION + 290.04 FEET (CHICAGO CITY DATUM) AND HAVING AS AN UPPER LIMIT A HORIZONTAL PLANE OF ELEVATION + 302.43 FEET (CHICAGO CITY DATUM); IN COOK COUNTY, ILLINOIS.

**PARCEL 2:**

PERPETUAL, RECIPROCAL EASEMENT BENEFITING PARCEL 1 FOR CAISSONS TO BE CENTERED ON THE DIVIDING LINE BETWEEN LOTS 4 AND 5 IN BLOCK 8 CREATED BY AGREEMENT DATED MAY 1, 1923 BETWEEN SIMON W. STRAUS AND CHICAGO TITLE AND TRUST COMPANY, TRUSTEE UNDER TRUST NUMBER 11227, RECORDED DECEMBER 26, 1924 AS DOCUMENT NUMBER 8718964.

**PARCEL 3:**

PERPETUAL EASEMENT BENEFITING PARCEL 1 CREATED BY RECIPROCAL EASEMENT AND OPERATING AGREEMENT RECORDED NOVEMBER 4, 1977 AS DOCUMENT NUMBER 24180486, TO USE OIL TANKS AND RELATED PIPING LINES AND CONDUITS LOCATED IN THE CNA BUILDINGS, AS THEREIN DEFINED, FOR THE PURPOSE OF THE STORAGE OF FUEL OIL AND FOR ENTRY UPON AND FOR INGRESS AND EGRESS FOR MEN, MATERIAL AND EQUIPMENT TO THE EXTENT REASONABLY NECESSARY IN THE PERFORMANCE OF OIL TANK MAINTENANCE, AS THEREIN DEFINED.

**PARCEL 4:**

NON-EXCLUSIVE EASEMENTS APPURTENANT TO AND FOR THE BENEFIT OF PARCEL 1 AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED DECEMBER 17, 2007 AS

EAST\43876849.1

DOCUMENT NUMBER 0735103077, AS AMENDED BY FIRST AMENDMENT TO RECIPROCAL EASEMENT AGREEMENT RECORDED FEBRUARY 14, 2008 AS DOCUMENT NUMBER 0804531073 AND AS AMENDED BY SECOND AMENDMENT TO RECIRPOCAL EASEMENT AGREEMENT RECORDED AUGUST 29, 2008 AS DOCUMENT NUMBER 0824216033, OVER THE LAND DESCRIBED THEREIN, AS MORE PARTICULARLY GRANTED, DEFINED AND DESCRIBED THEREIN.

ADDRESS OF REAL ESTATE: 318 South Michigan Avenue, Chicago, Illinois.

PERMANENT TAX IDENTIFICATION NUMBERS:
Part of 17-15-107-053 and 17-15-107-054

EAST\43876849.1

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or his or her agent affirms that, to the best of his or her knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated: November 29, 2010

Metropolitan Tower II LLC, a Delaware limited liability company

By: Metropolitan Tower II Member LLC, an Illinois limited liability company, its Manager

By: 310 Met Tower, L.L.C., an Illinois limited liability company, its Manager

By: _____
Louis D. D'Angelo, its Manager

Subscribed and sworn to before me
this 29 day of November, 2010
Notary Public _____



The grantee or his or her agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated: November 29, 2010

318 Retail, L.L.C., an Illinois limited liability company

By: Boulevard Shoppes, L.L.C.,
an Illinois limited liability company, its Sole Member

By: _____
Louis D. D'Angelo
Managing Member

Subscribed and sworn to before me
this 29 day of November, 2010
Notary Public _____

Note: Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

EAST\43876188.1 11/15/10